IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAMES D. WILHELM,**

    **Plaintiff,**

    **vs.**　　　　　　　　　　　　　　　**Civil Action 2:12-cv-752**
　　　　　　　　　　　　　　　　　　**Judge Marbley**
　　　　　　　　　　　　　　　　　　**Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

<u>ORDER</u>

On January 23, 2013, the United States Magistrate Judge recommended that plaintiff's *Motion to Remand*, Doc. No. 16, be granted and that this case be remanded to the Commissioner of Social Security, pursuant to Sentence 6 of 42 U.S.C. § 405(g), for consideration of new and material evidence. *Report and Recommendation*, Doc. No. 17. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 17, is **ADOPTED AND AFFIRMED**. Plaintiff's *Motion to Remand*, Doc. No. 16, is **GRANTED**. This action is **REMANDED** to the Commissioner, pursuant to Sentence 6 of 42 U.S.C. § 405(g), for consideration of new and material evidence.

                                              s/Algenon L. Marbley
                                              Algenon L. Marbley
                                         United States District Judge